# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 26, 2022

Honorable Judith McCarthy
Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

/s/ Judith C. McCarthy

Hon. Judith C. McCarthy    4-27-2022

Re:  United States v. Steven Galarza
     22 mj 3569

Dear Judge McCarthy:

I am writing, with the consent of the Government, to ask for a one-day extension in time for Steven Galarza to fulfill his bond requirements. As background, Mr. Galarza was presented before the Honorable Andrew Krause on April 19, 2022. At his initial appearance, Mr. Galarza was released pursuant to an unsecured $50,000 bond to be co-signed by two financially responsible individuals. Mr. Galarza was given one-week to fulfill these requirements. Two individuals have been approved and have signed the bond, but only one of those individuals were formally sworn to the bond. It is my understanding that this co-signer is willing to swear to the bond but that, due to it being after 5:00pm, she will not be permitted to swear to the bond until April 27, 2022. As such, I ask that Your Honor please grant Mr. Galarza an additional day to fulfil this requirement. As noted, I have spoken to AUSA Steven Kochevar and he does not object to this request.

Thank you for your attention to this matter.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

cc: AUSA Steven Kochevar