# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22 Mag. 3569**                   Date **6-14-2022**

USAO No. **2022R00521**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint          ☐ Removal Proceedings in

*United States v.* **Steven Galarza**

The Complaint/Rule 40 Affidavit was filed on **April 19, 2022**

*U.S. Marshals please withdraw warrant*

_____
ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Steven Kochevar**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 6/15/22

_____
UNITED STATES MAGISTRATE JUDGE